UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:   20-60104-CR-BLOOM

UNITED STATES OF AMERICA

v.

MARK LOUIS VOLLARO,
ANTHONY JOSEPH LOVELAND,
LUIS GARCIA,
ROBERT CHARLES CLARK,
JASON TODD FALEY,
JOSEPH ANTHONY CAVALLO,
MARGARET ANNE CHIASSON,
    a/k/a "MEGANNE CHIASSON,"
JAMES DONALD ENGIMANN,
BENJAMIN CLARK HEATH,
ANTONIO JOHN GOUSGOUNIS, and
CHRISTOPHER MARGAIT,

        Defendants.
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the information against the above-named defendants because they have declined to waive indictment and proceed by information

On August 11, 2020, Chief Judge K. Michael Moore issued a Sixth Order Concerning Jury Trials and Other Proceedings. See https://web.flsd.uscourts.gov/uploads/adminOrders/2020/2020-53.pdf.  That order continued all grand jury sessions until January 4, 2021. *Id.*, ¶14. Given the suspension of the grand juries and the inability of the United States to present criminal matters for indictment, as well as concerns about the running of the statute of limitations on

certain counts in this particular case, the government filed the instant information on September 29, 2020, to "institute" it within the meaning of 18 U.S.C §3282(a).  *See United States v. Burdix-Dana*, 149 F.3d 741,743 (7th Cir. 1998).  On October 20, 2020, Chief Judge Moore issued a Seventh Order Concerning Jury Trials and Other Proceedings.  See https://web.flsd.uscourts.gov/uploads/adminOrders/2020/2020-76.pdf.  That order continues all grand jury sessions until November 16, 2020.  The defendants have represented to the government, through counsel, that they will not consent to proceed by information.  Therefore, the government seeks to dismiss the information filed on September 29, 2020, at this time and will seek an indictment after November 16, 2020, within the time period designated by the statute.  *See* 18 U.S.C. §§ 3288-89.  Government counsel has conferred with counsel for the defendants, and they have been informed that the government would be seeking a dismissal of the information due to the lack of consent.  All defense counsel have been informed that the government will be seeking an indictment in this matter after the resumption of the grand juries.

Respectfully submitted,

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Leave of Court is **GRANTED** for the filing of the foregoing Dismissal.

DATE: _____        _____
                                  BETH BLOOM
                                  UNITED STATES DISTRICT JUDGE

cc:   U.S. Attorney (Cynthia R. Wood, AUSA)
      U.S. Marshals' Service
      Chief Probation officer
      Pretrial Services